1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| TONI FALLON ) | |
| ) | Civil Action No. CV-F-04-6047 DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted 30 day extension of time, until May 25, 2005, in which to file and serve plaintiff's opening brief. All remaining actions under the scheduling order filed, August 3, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: April 25, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: April 25, 2005 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/Kimberly A. Gabb <br> (as authorized via facsimile) <br> KIMBERLY A. GABB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   April 27, 2005**          **/s/ Dennis L. Beck**
3c0hj8                    UNITED STATES MAGISTRATE JUDGE