1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7             IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                           AT FRESNO

10 TONI FALLON                )
                              )  Civil Action No. 1:04-CV-6047 DLB
11                            )
           Plaintiff,         )  STIPULATION AND ORDER
12                            )
   vs.                        )
13                            )
   JO ANNE B. BARNHART,       )
14 Commissioner of Social     )
   Security,                  )
15                            )
           Defendant.         )
16 _____  )

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 30 day extension of time, until June 25, 2005, in which

20 to file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling

21 order filed, August 3, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27

28

| | | |
|---|---|---|
| 1 | Dated:  May 26, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: May 27, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab<br>(as authorized via facsimile)<br>KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   June 1, 2005**                        **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE